IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DICK I. TAYLOR and ROBERT J. TAYLOR, ) ) ) Plaintiffs ) ) v. ) CHIEF OF POLICE PHILLIP ) KEITH, DEPUTY POLICE CHIEF ) JAMES ROBERT COKER, CAPTAIN DAN DAVIS, and ) SERGEANT GORDON CATLETT, SR., ) ) Defendants ) | No. 3:99-cv-057 |

## **FINAL ORDER OF DISMISSAL**

In accordance with the Memorandum Opinion this day passed to the Clerk for filing and the Agreed Order of Dismissal entered on January 4, 2006, the plaintiffs are hereby AWARDED attorneys' fees in the amount of One Hundred Twenty-One Thousand, Six Hundred Twenty-Four Dollars and 95 cents ($121,624.95) , and this case is hereby ADMINISTRATIVELY CLOSED.

**E N T E R :**

*s/ James H. Jarvis*
UNITED STATES DISTRICT JUDGE